UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JESSIE HARRISON,

    Plaintiff,

v.                                   Case No. 1:10-cv-570

STATE OF MICHIGAN, et al.,         Hon. Janet T. Neff

    Defendants.
_____/

## ORDER

**IT IS HEREBY ORDERED** that this matter is referred to Magistrate Judge Ellen S. Carmody solely for the purpose of appointment of counsel and related procedural matters pursuant to the *Pro Bono* Plan of the United States District Court for the Western District of Michigan. *See* W.D. Mich. Admin. Order Nos. 03-003 and 03-004.

**IT IS SO ORDERED**.


Dated: October 11, 2013                           /s/ Janet T. Neff
                                                          JANET T. NEFF
                                                          United States District Judge