# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

JESSIE HARRISON,

        Plaintiff,

v

CYNTHIA PARTRIDGE,
SANDRA GRANT, LORI ENGMARK,
PATRICIA CARUSO, JENNIFER GRANHOLM,
COUNTY OF WAYNE, UNKNOWN PARTIES

        Defendants.

Case No. 1:10-cv-00570

HON. JANET T. NEFF

---

Bradley K. Glazier (P35523)
BOS & GLAZIER, P.L.C.
Attorneys for Plaintiff
990 Monroe Avenue, N.W.
Grand Rapids, MI 49503
(616) 458-6814
bglazier@bosglazier.com

James M. Surowiec (P67961)
Zenna Elhasan (P67961
Wayne County Corporation Counsel
500 Griswold, 11th Floor
Detroit, MI 48226
(313) 224-6682
jsurowiec@co.wayne.mi.us

Michael Richard Dean (P24323)
Assistant Attorney General
DEPT. OF ATTORNEY GENERAL
Attorney for Defendant
525 West Ottawa Street
PO Box 30217
Lansing, MI 48909
(517) 335-7139
deanm2@mich.gov

---

## PLAINTIFFS' MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT

Plaintiff, Jessie Harrison, by and through his counsel, Bos & Glazier, P.L.C., moves this Court, pursuant to Fed. R. Civ. P. 15, for leave to file plaintiff's First Amended Complaint and Jury Demand (attached as Exhibit A). Plaintiff's motion is supported by the

pleadings filed with the Court and the enclosed brief in support. Plaintiff's counsel sought concurrence in the relief sought in this motion by email on May 5, 2014. The defendants are opposed to the relief sought by this motion.

WHEREFORE, plaintiff respectfully requests this Court to grant his motion for leave to file plaintiff's First Amended Complaint and Jury Demand.

|  |  |
|---|---|
|  | BOS & GLAZIER, P.L.C.<br>Attorneys for Plaintiff |
| DATE: May 6, 2014 | BY: /s/ Bradley K. Glazier<br>Bradley K. Glazier (P35523) |
|  | BUSINESS ADDRESS:<br>990 Monroe Avenue N.W.<br>Grand Rapids, MI 49503<br>(616) 458-6814 |

.120535