UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JESSIE HARRISON #185856,

      Plaintiff,                                 Case No. 1:10–cv–00570–JTN–ESC

v.                                               Hon. Janet T. Neff

MICHIGAN, STATE OF, et al.,

      Defendants.
_____/

## ORDER

      This matter is before the court on Plaintiff's Motion for Leave to File First Amended Complaint (Dkt. 67). Defendants object to the requested relief on the basis that the proposed amendments are futile. After discussion with the parties' attorneys, the court finds that additional briefing would be useful and orders that plaintiff shall file a brief, no longer than 10 pages, addressing the issue of futility by June 4, 2014. Defendants shall file a response, no longer than 10 pages, by June 18, 2014. Upon receipt of the additional briefing, the court will determine whether the motion can be decided on the papers submitted or if a hearing is needed.

      IT IS SO ORDERED.

Dated:  May 21, 2014                                    /s/ Timothy P. Greeley
                                                            TIMOTHY P. GREELEY
                                                            U.S. Magistrate Judge