UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JESSIE HARRISON #185856,

    Plaintiff,                             Case No. 1:10–cv–00570–JTN–ESC

v.                                          Hon. Janet T. Neff

MICHIGAN, STATE OF, et al.,

    Defendants.
_____/

## ORDER

    For reasons stated on the record at the hearing held June 26, 2014, Plaintiff's Motion for Leave to File First Amended Complaint (Dkt. 67) is GRANTED, and the First Amended Complaint is accepted for filing.

    IT IS SO ORDERED.

Dated:  June 26, 2014                              /s/ Ellen S. Carmody
                                                              ELLEN S. CARMODY
                                                              U.S. Magistrate Judge